**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-02639-REB-CBS

AMERICAN MOTOR FREIGHTWAYS, INC., and
TYRONE W. ALLEN,

    Plaintifsf,

v.

SWISHER-WILLBANKS, LLC., et al.,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of the United States Magistrate Judge** [#13], filed May 3, 2005.

Because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). No objections have been filed to the recommendation. Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be appropriate. **See, e.g., Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991). The recommendation is supported by the record and apposite law. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law and recommendations

proposed by the Magistrate Judge should be approved and adopted.

**THEREFORE, IT IS ORDERED as follows:**

1. That the **Recommendation of the United States Magistrate Judge** [#13], filed May 3, 2005, **IS ADOPTED** as an order of the court;

2. That the claims of the plaintiffs **ARE DISMISSED**;

3. That pursuant to Fed. R. Civ. P. 55(a), the clerk of the court shall enter the default of the plaintiffs on the two counterclaims of defendant Venture Transport Logistics, LLC.

Dated July 14, 2005, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**