**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-CV-02639-REB-CBS

AMERICAN MOTOR FREIGHTWAYS, INC., and TYRONE W. ALLEN,

    Plaintiffs,

v.

SWISHER-WILLBANKS, LLC,
HENRY HAUSER, and
VENTURE TRANSPORT LOGISTICS, LLC.,

    Defendants.

---

**ORDER**

---

**Blackburn, J.**

On July 14, 2005, I adopted the magistrate judge's recommendation that plaintiffs' claims against all defendants be dismissed.  (*See* Order Adopting Recommendation of United States Magistrate Judge [#14], filed July 14, 2005.)  I further ordered the Clerk of the Court to make an entry of default pursuant to Fed.R.Civ.P. 55(a) as to defendants' counterclaims against plaintiffs, which was done that same day.  (*See* Entry of Default [#15], filed July 14, 2005.)  Since the entry of default, however, defendants have not moved for default judgment as contemplated by Fed.R.Civ.P. 55(b).  To continue to move the case forward, I issue the following orders:

**THEREFORE, IT IS ORDERED** as follows:

(1) That any motion for default judgment which defendants intend to pursue

with respect to their counterclaims **SHALL BE FILED** no later than close of business on **TUESDAY, SEPTEMBER 6, 2005**;

(2) That any such motion must comply with REB Civ. Practice Standard V.I.; and

(3) That if no such motion is filed within the time permitted by this order, this case will be administratively closed as provided by D.C.Colo.LCivR. 41.2.

Dated August 23, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge