IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  04-cv-2639-REB-CBS

AMERICAN MOTOR FREIGHTWAYS, INC., and
TYRONE W. ALLEN,

    Plaintiffs,

v.

SWISHER-WILBANKS, LLC,
HENRY HAUSER, and
VENTURE TRANSPORT LOGISTIC, LLC,

    Defendants.

## ORDER

**Blackburn, J.**

The matter comes before me on defendant Venture Transport Logistic, LLC's **Motion to Dismiss Counterclaims Pursuant to Fed.R.Civ.P 41(a)(2)** [#17], filed on September 6, 2005.   After careful review of the motion and the file, I conclude that the motion should be granted and that defendant Venture Transport Logistic, LLC's counterclaim against plaintiffs should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That defendant Venture Transport Logistic, LLC's  **Motion to Dismiss Counterclaims Pursuant to Fed.R.Civ.P 41(a)(2)** [#17], filed September 6, 2005, is **GRANTED**;

    2.  That defendant Venture Transport Logistic, LLC's counterclaim against plaintiffs is **DISMISSED**;

3. That any request for default judgment against one or both plaintiffs shall be filed by September 28, 2005, and shall be marshaled pursuant to Fed. R. Civ. P. 55 and REB Civ. Practice Standard V.I.; and

4. That absent a timely filed motion for default judgment, this action shall be dismissed with prejudice.

Dated September 8, 2005, at Denver, Colorado.

BY THE COURT:

s/Robert E. Blackburn
Robert E. Blackburn
United States District Judge