### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  04-cv-02639-REB-CBS

AMERICAN MOTOR FREIGHTWAYS, INC., and
TYRONE W. ALLEN,

     Plaintiffs,

v.

SWISHER-WILLBANKS, LLC., et al.,

     Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

On September 8, 2005, I entered an order granting defendant Venture Transport Logistics, LLC's motion to dismiss its counterclaims against plaintiff.  Therein, I ordered "[t]hat any request for default judgment against one or both plaintiffs shall be filed by September 28, 2005," and "[t]hat absent a timely filed motion for default judgment, this action shall be dismissed with prejudice."  (Order [#18], filed September 8, 2005 at 2, ¶¶ 3-4.)  No such motion having been filed within the deadline provided by my order, and as no other claims remain pending for disposition, I find that this case should be dismissed.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

Dated September 29, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge